IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONAL FIRE INSURANCE OF HARTFORD, As Subrogee of Suram Trading Corporation,<br><br>           Plaintiff,<br><br>vs.<br><br>MILLARD REFRIGERATED SERVICES, INC.,<br><br>           Defendant. | 8:06CV421<br><br>ORDER |

    This case was recently transferred to this district from the Northern District of Texas. The court has received correspondence (Filing 31) from attorney Brian J. Judis advising that the plaintiff will be represented by attorneys Craig M. Antas and Patrick C. Hess in this matter. Apparently, Messrs. Antas and Hess, and the law firm of Ellison, Nielsen, Zehe & Antas, P.C., intend to represent the plaintiff in place of attorneys Brian J. Judis, Ernest C. Garcia, and Sharon Baxter.

    The record transferred from the Northern District of Texas reflects the appearance of Patrick Hess on behalf of the plaintiff; however, Mr. Antas has not entered an appearance and no motion for substitution of counsel appears on the record.

    To clarify the record,

    **IT IS ORDERED:**

    1. If he wishes to participate as counsel of record in this case, **Craig M. Antas** shall obtain admittance to practice in this district, enter a written appearance, and register for the court's CM/ECF System in compliance with NEGenR 1.3 and 1.7.

2. **Patrick C. Hess** shall submit the documents necessary for admittance to practice in this district and shall register for the court's CM/ECF System, as previously requested by the Clerk by letter dated June 12, 2006 (Filing 26).

3. Since the record received from the Northern District of Texas reflects that **Brian J. Judis, Ernest C. Garcia**, and **Sharon Baxter** were counsel of record at the time the case was transferred, these attorneys are directed to file motions for leave to withdraw. if they no longer wish to participate as counsel.  When leave to withdraw is granted, the attorneys will be excused from obtaining admittance to practice in this district and from registering for the court's CM/ECF System.

**DATED June 21, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**