## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NATIONAL FIRE INSURANCE OF HARTFORD, As Subrogee of Suram Trading Corporation,** | ) ) ) ) | |
| Plaintiff, | ) ) | 8:06CV421 |
| vs. | ) ) | ORDER |
| **MILLARD REFRIGERATED SERVICES, INC.,** | ) ) ) | |
| Defendant. | ) | |

Upon review of this matter,

**IT IS ORDERED** that counsel's Motion for Leave to Withdraw [39] is granted, as follows:

1. Attorneys Brian J. Judis, Ernest C. Garcia, Sharon Baxter and D. Randall Montgomery are granted leave to withdraw as counsel of record for plaintiff.

2. Attorneys Brian J. Judis, Ernest C. Garcia, Sharon Baxter and D. Randall Montgomery are hereby excused, for purposes of this case, from obtaining admittance to practice in this district and from registering for the court's CM/ECF System.

**DATED August 1, 2006.**

    BY THE COURT:

    s/ F.A. Gossett
    **United States Magistrate Judge**