**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **NATIONAL FIRE INSURANCE OF HARTFORD, As Subrogee of Suram Trading Corporation,** | ) ) ) ) | |
| Plaintiff, | ) ) | 8:06CV421 |
| vs. | ) ) | ORDER TO SHOW CAUSE |
| **MILLARD REFRIGERATED SERVICES, INC.,** | ) ) ) ) | |
| Defendant. | ) | |

The records of the court show that on June 12, 2006, letters (filings 27 & 28) were sent to the following attorneys from the Office of the Clerk directing that they register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System") and register for admittance to practice in this district:

> John C. Hart
> BROWN, DEAN LAW FIRM
> 306 West 7th Street
> Suite 200
> Forth Worth, TX 76102
>
> Bruce H. Rogers
> BROWN, DEAN LAW FIRM
> 306 West 7th Street
> Suite 200
> Forth Worth, TX 76102

To date, neither attorney has complied with this request.  Accordingly,

**IT IS ORDERED** that, on or before **September 14, 2006**, attorneys John C. Hart and Bruce H. Rogers shall register for the System and obtain admittance to practice in this district or show cause by written affidavit why they cannot comply with the rules of the court.

**DATED August 25, 2006.**

                                        **BY THE COURT:**

                                        **s/ F.A. Gossett
                                        United States Magistrate Judge**