IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NATIONAL FIRE INSURANCE OF HARTFORD, As Subrogee of Suram Trading Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:06CV421 |
| vs. | ) ) | ORDER TO SHOW CAUSE |
| MILLARD REFRIGERATED SERVICES, INC., | ) ) ) ) | |
| Defendant. | ) | |

The records of the court show that on June 12, 2006, letters (filings 27 & 28) were sent to the following attorneys from the Office of the Clerk directing that they register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System") and register for admittance to practice in this district:

John C. Hart
BROWN, DEAN LAW FIRM
306 West 7th Street
Suite 200
Forth Worth, TX 76102

Bruce H. Rogers
BROWN, DEAN LAW FIRM
306 West 7th Street
Suite 200
Forth Worth, TX 76102

Since neither attorney complied with this request, the court ordered Messrs. Hart and Rogers to register for the System and obtain admittance to practice in this district on or before September 14, 2006.

Since neither attorney has complied with these simple requirements,

**IT IS ORDERED** that **John C. Hart** and **Bruce H. Rogers** shall, before the close of business on Tuesday, October 31, 2006, either

(a) file motions for leave to withdraw as defense counsel, or

(b) show cause why they should not be terminated as counsel of record in this case for failure to obtain admittance to practice in this district, failure to register for the court's CM/ECF System, and failure to obey the orders of the court.

**DATED October 26, 2006.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge