IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NATIONAL FIRE INSURANCE OF HARTFORD, As Subrogee of Suram Trading Corporation,** | ) ) ) ) | |
| Plaintiff, | ) ) | 8:06CV421 |
| vs. | ) ) ) | ORDER |
| **MILLARD REFRIGERATED SERVICES, INC.,** | ) ) ) ) | |
| Defendant. | ) | |

This matter is before the court on the Motion for Leave to Withdraw [45] filed by defendant on behalf of attorneys John C. Hart and Bruce H. Rogers in response to the court's Order to Show Cause [44]. Defendant continues to be represented by other counsel.

**IT IS ORDERED:**

1. The Motion for Leave to Withdraw [45] is granted, and the Clerk shall terminate the appearances of attorneys John C. Hart and Bruce H. Rogers as counsel for Millard Refrigerated Services, Inc.

2. For purposes of this case, John C. Hart and Bruce H. Rogers are excused from the court's registration requirements.

3. The Order to Show Cause [44] is deemed satisfied.

**DATED October 31, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**