# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADMIRALTY ISLAND FISHERIES, INC., a Washington Corporation, d/b/a/ Aqua Star,<br><br>       Plaintiff,<br><br>    vs.<br><br>MILLARD REFRIGERATED SERVICES, INC.; a Georgia corporation; and DOES 1 to 50, inclusive,<br><br>       Defendants.<br>_____ | 8:05CV541<br><br>ORDER |
| NATIONAL FIRE INSURANCE OF HARTFORD as Subrogee of Suram Trading Corporation,<br><br>       Plaintiff,<br><br>CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON as Subrogee of Icicle Seafoods, Inc., and<br><br>HARTFORD CASUALTY INSURANCE COMPANY, as Subrogee of Global Fishing, Inc.,<br><br>       Intervening Plaintiffs,<br><br>    vs.<br><br>MILLARD REFRIGERATED SERVICES, INC.,<br><br>       Defendant.<br>_____ | 8:06CV421<br><br>ORDER |

Now pending before the court are the motions of Millard Refrigerated Services, Inc. for leave to file counterclaims against Aqua Star and Suram Trading Corporation. Response time has passed, and the court has not received any response in opposition to the motions. Upon review of the proposed pleadings,

**IT IS ORDERED** that the motions are granted.  Millard Refrigerated Services, Inc. shall file and serve its counterclaims forthwith.  The counterclaim defendants shall respond within ten (10) business days of service.

**DATED February 6, 2007.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge

2